**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **LOVEPREET SINGH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:25-CV-00289** |
| | § | |
| **KRISTI NOEM,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Pending before the Court is Petitioner Lovepreet Singh's Motion to Enforce the Court's January 14, 2026 Order and for Immediate Release, (Dkt. 25). Petitioner alleges that Respondents failed to comply with this Court's order dated January 14, 2026, (Dkt. 18), requiring Respondents to immediately release Petitioner, or to conduct a bond hearing under 8 U.S.C. § 1226(a) on or before January 21, 2026. (Dkt. 25 at 2.)

The record reflects that Petitioner was provided with a custody redetermination hearing before an Immigration Judge ("IJ") under 8 U.S.C. § 1226(a) on January 21, 2026, in compliance with the Court's order, (Dkt. 18), and that the IJ denied Petitioner bond upon finding that he was a flight risk. (*See* Dkt 21 at 2; Dkt. 25 at 2.) Because "district courts do not have jurisdiction to review discretionary decisions made by an IJ regarding bond," the Court may not review the IJ's underlying discretionary decision to deny bond for Petitioner. *See Fuentes v. Lyons*, 2025 WL 3022478, at *3 (S.D. Tex. Oct. 29, 2025) (citing *Nielsen v. Preap*, 586 U.S. 392, 401 (2019)). Moreover, Petitioner fails to raise a claim that the custody redetermination hearing he was provided under 8 U.S.C. § 1226(a) was constitutionally insufficient. *See Oyelude v. Chertoff*, 125 F. App'x

1 / 2

543, 546 (5th Cir. 2005) ("Section 1226(e) may strip us of jurisdiction to review judgments designated as discretionary under the pertinent language of the statute, but it does not deprive us of all authority to review statutory and constitutional challenges.") Therefore, the Court is unable to grant the relief that Petitioner seeks.

Consequently, Petitioner's Motion to Enforce the Court's January 14, 2026 Order and for Immediate Release, (Dkt. 25), is DENIED.

IT IS SO ORDERED.

SIGNED this March 2, 2026.

_____
Diana Saldaña
United States District Judge